# In the United States Court of Federal Claims

No. 13-532 C

(Filed August 8, 2013)

```
* * * * * * * * * * * * * * * * * * * *
ECOTOUR ADVENTURES, INC.,       *
                                *
            Plaintiff,          *
                                *
      v.                        *
                                *
THE UNITED STATES,              *
                                *
            Defendant.          *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

Now pending before the court is Plaintiff's Unopposed Motion to File Its First Amended Complaint (Under Seal). The time in which plaintiff is entitled to amend its pleadings once as a matter of course under Rule 15(a)(1) of the Rules of the United States Court of Federal Claims (RCFC) has not yet expired. Therefore, the court grants plaintiff's motion and will allow plaintiff to file an amended complaint.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiff's Unopposed Motion to File Its First Amended Complaint (Under Seal), filed August 8, 2013, is **GRANTED**;

(2) Defendant shall **FILE** its **First Amended Complaint** as a separate docket entry on or before **August 9, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge