## In the United States Court of Federal Claims

No. 13-532 C
(Filed September 18, 2013)

* * * * * * * * * * * * * * * * * * * *
| | |
|---|---|
| ECOTOUR ADVENTURES, INC., | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |

* * * * * * * * * * * * * * * * * * * *

## ORDER

    On September 18, 2013, plaintiff EcoTour Adventures, Inc. (EcoTour) filed an Unopposed Motion For Leave To Exceed the Page Limit applicable to its Motion for Judgment on the Administrative Record. EcoTour requests an extension of ten pages. For good cause shown, it is hereby **ORDERED** that EcoTour's motion is **GRANTED.**

    /s/Lynn J. Bush
    LYNN J. BUSH
    Judge