# In the United States Court of Federal Claims

No. 13-532 C

(Filed October 1, 2013)

```
* * * * * * * * * * * * * * * * * * * *
ECOTOUR ADVENTURES, INC.,      *
                               *
              Plaintiff,       *
                               *
       v.                      *
                               *
THE UNITED STATES,             *
                               *
              Defendant.       *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

     On September 30, 2013, defendant filed an unopposed Motion Seeking Leave to Correct the Administrative Record. The government seeks to supplement the administrative record "to include, as a new tab no. 46, the paper copy version" of an "Offeror's Transmittal Letter" from Jackson Hole Mountain Resort Corporation which is included in tab 20 of the administrative record. This "paper copy version" contains a handwritten signature which was absent from the electronic version originally filed. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED.**

                                               /s/Lynn J. Bush
                                               LYNN J. BUSH
                                               Judge