# In the United States Court of Federal Claims

No. 13-532 C

(Filed October 1, 2013)

```
* * * * * * * * * * * * * * * * * * * *
ECOTOUR ADVENTURES, INC.,      *
                               *
              Plaintiff,       *
                               *
       v.                      *
                               *
THE UNITED STATES,             *
                               *
              Defendant.       *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 1, 2013, defendant filed an unopposed Request for a Stay and Suspension of Deadlines in Light of Lapse of Appropriations. Based on the lapse in appropriations to the Department of Justice as of September 30, 2013, the government requests "a suspension of all deadlines in this case . . . until Congress has restored appropriations to the Department." The government further requests that "all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations."

The court finds good cause for granting the government's request. The court notes, however, that upon restoration of appropriations to the Department of Justice, *all* deadlines in this case will need to be addressed and adjusted commensurate with the duration of the lapse in appropriations. This may include the deadline for award of the disputed procurement contracts.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Request for a Stay and Suspension of Deadlines in Light of Lapse of Appropriations is **GRANTED**; and

(2) Defendant shall **CONTACT** chambers at **(202) 357-6532** immediately upon restoration of appropriations to the Department of Justice, at which time the court will schedule a telephonic status conference with the parties to adjust the remaining deadlines in this case commensurate with the duration of the lapse in appropriations.

/s/Lynn J. Bush
LYNN J. BUSH
Judge